**MAGISTRATE'S CRIMINAL MINUTES**

**ARRAIGNMENT**
    **PLEA AND**
        **SENTENCE**



Filed in Open Court:   Date: _9/20/06_ @ _2:00_   Tape: _LTW 06-37 @ 3898_   TIC: _2:22_

Magistrate (presiding): **Linda T. Walker**   Deputy Clerk **Sonya Coggins**

Case Number: _1:06-CR-382-JTC_   Defendant's Name: _Jared Wheat_

AUSA: _Aaron Danzig_   Defendant's Attorney: _Michael Trost_

USPO/PTR: _____   Type Counsel: (✓) Retained  ( ) CJA  ( ) FPD  ( ) Waived

____ ARREST DATE: _____

____ INTERPRETER _____

____ INITIAL APPEARANCE HEARING.  ( ) in THIS DISTRICT   Dft. In Custody? ( ) Yes  ( ) No

____ Defendant advised of right to counsel.  WAIVER OF COUNSEL filed.

____ ORDER appointing Federal Defender Program as counsel.  ( ) INITIAL APPEARANCE ONLY

____ ORDER appointing _____ (State Bar of Ga. # _____) as counsel.

____ ORDER giving defendant _____ days to employ counsel. (cc: serv. by Mag)

____ Dft. to pay attorney fees as follows: _____

____ INFORMATION/COMPLAINT filed. _____ WAIVER ON INDICTMENT filed.

____ Copy indictment/information given to dft? ( ) Yes  ( ) No   Read to dft? ( ) Yes  ( ) No.

____ CONSENT TO TRIAL BEFORE MAGISTRATE (MISD/PETTY) offense filed.

____ ARRAIGNMENT HELD.  ( ) superseding indictment/information.

____ ARRAIGNMENT continued until _____ at _____ Request of ( ) Gvt.  ( ) Dft.

____ Dft. fails to appear for arraignment.  BENCH WARRANT ISSUED _____

____ Dft. enters PLEA OF NOT GUILTY.  ( ) Dft. stood mute plea of NOT GUILTY entered.

____ MOTION TO CHANGE PLEA, and order allowing same.

____ PLEA OF GUILTY/NOLO as to counts _____

____ Petition to enter plea of GUILTY/NOLO filed.

____ NEGOTIATED PLEA between Government and defendant filed.

____ ASSIGNED TO JUDGE _____ for: ( ) trial  ( ) arraignment/sentence.

____ ASSIGNED TO MAGISTRATE _____ for pretrial proceedings.

____ Estimated trial time: ____ days  ( ) SHORT  ( ) MEDIUM  ( ) LONG

____ CONSENT TO PRESENTENCE INVESTIGATION filed.  Referred to USPO for PSI and continued until _____ at _____ for sentencing.

____ See other side.

_____. Defendant

\_\_\_\_\_ Government MOTION FOR DETENTION filed. Hearing set for _____ at _____

\_\_\_\_\_ Temporary commitment issued.

BOND/PRETRIAL DETENTION HEARING

\_\_✓\_\_ BOND/PRETRIAL DETENTION hearing held.
\_\_\_\_\_ MOTION FOR REDUCTION OF BOND hearing held.
\_\_\_\_\_ MOTION FOR REDUCTION OF BOND ( ) GRANTED ( ) DENIED
\_\_\_\_\_ WRITTEN ORDER TO FOLLOW.
\_\_✓\_\_ GOVERNMENT MOTION FOR DETENTION (✓) GRANTED ( ) DENIED
\_\_✓\_\_ WRITTEN ORDER TO FOLLOW.

\_\_\_\_\_ BOND SET AT $ _____
\_\_\_\_\_ Non-surety
\_\_\_\_\_ Surety   ( ) Cash   ( ) Property   ( ) Corporate surety ONLY
\_\_\_\_\_ SPECIAL CONDITIONS: _____

_____

\_\_\_\_\_ Bond Filed: defendant released.
\_\_\_\_\_ Bond NOT EXECUTED defendant to remain in Marshal's custody.

SENTENCE : _____