IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,     :
                         :     CRIMINAL ACTION
        v.               :
                         :     NO. 1:06-CR-382-1/2-JTC-LTW
JARED ROBERT WHEAT,       :     (Superseding)
STEPHEN D. SMITH,         :
                         :
        Defendants.   :

## PARTIAL FINAL ORDER AND JUDGMENT OF FORFEITURE

This matter is before the Court on the United States' Motion for Partial Final Order of Forfeiture regarding certain property of Defendants Jared Robert Wheat and Stephen D. Smith. The Court entered Consent Preliminary Orders of Forfeiture on January 20 and 30, 2009, forfeiting the following property to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c):[1]

     a.    2000 Ferrari 360 Modena F, VIN ZFFYR51B000119410;

     b.    2006 Maserati Quattroporte, VIN ZAMCE39A460024317;

     c.    1994 Honda CR9 Motorcycle, VIN JH2SC2806RM201365.

     d.    2003 Mercedes-Benz SL500, VIN WDBSK75F43F014329;

     e.    2006 Mercedes-Benz CLS55, VIN WDDDJ76X16A068148;

     f.    2004 Hummer H2, VIN 5GRGN23U74H114299;

     g.    2004 Polaris 500 H.O. Sportsman 4 Wheeler, VIN 4XACH50A44A062701;

---

[1]The remaining property listed in the Consent Preliminary Orders of Forfeiture is not part of the motion and will be dealt with at a later date.

h.   2005 Kawasaki KFX 700 4 Wheeler, VIN JKASV6B1X5B503642.

The United States published notice of the forfeiture action on the official Government Internet site www.forfeiture.gov for at least 30 consecutive days.  The United States sent notice of the forfeiture action to the last known address of Marty Carter, the registered owner of the 2003 Mercedes-Benz SL500, and the notice was returned as undeliverable.  No person or entity has filed a claim to any of the above-listed assets and the deadline for doing so has expired.

The Court having found that the Defendants Jared Robert Wheat and Stephen D. Smith have an interest in the following assets subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), it is hereby ORDERED, ADJUDGED AND DECREED that:

1.   Final forfeiture judgment against the following property is hereby entered pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c):

a.   2000 Ferrari 360 Modena F, VIN ZFFYR51B000119410;

b.   2006 Maserati Quattroporte, VIN ZAMCE39A460024317;

c.   1994 Honda CR9 Motorcycle, VIN JH2SC2806RM201365.

d.   2003 Mercedes-Benz SL500, VIN WDBSK75F43F014329;

e.   2006 Mercedes-Benz CLS55, VIN WDDDJ76X16A068148;

f.   2004 Hummer H2, VIN 5GRGN23U74H114299;

g.    2004 Polaris 500 H.O. Sportsman 4 Wheeler, VIN 4XACH50A44A062701;

h.    2005 Kawasaki KFX 700 4 Wheeler, VIN JKASV6B1X5B503642.

2.    All right, title and interest in the above-listed property is hereby condemned, forfeited and vested in the United States and shall be disposed of according to law.

3.    This case shall remain open pending resolution of the third party claims filed against the remaining assets.

4.    The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

SO ORDERED this ___2___ day of _____Jan_____, 20__

_____
JACK T. CAMP
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Michael John Brown
Michael John Brown
Assistant United States Attorney
Georgia Bar No. 064437