IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 1:06-CR-382-1-JTC-LTW |
| JARED ROBERT WHEAT, | : | (Superseding) |

**SECOND PARTIAL FINAL ORDER AND JUDGMENT OF FORFEITURE**

This matter is before the Court on the United States' Motion for Second Partial Final Order of Forfeiture regarding certain property of Defendant Jared Robert Wheat. The Court entered a Consent Preliminary Order of Forfeiture on January 20, 2009, forfeiting to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), certain properties, including $3 million dollars in United States currency.

On January 4, 2010, this Court entered a Consent Order Clarifying the Consent Preliminary Order of Forfeiture to clarify the source of the $3 million in United States currency previously ordered forfeited. Pursuant to that Order, this Court ordered the United States to forfeit $1,000,000.00 of the funds seized from Wachovia Bank account number 1000346974365 held in the name of Jared Robert Wheat plus all funds in certain specific bank

accounts, or their successor accounts, held at Banco Continental de Panama, S.A. or elsewhere, in the Republic of Panama.[1]

The United States published notice of the forfeiture action on the official Government Internet site, www.forfeiture.gov, for at least 30 consecutive days. The United States also sent notice of the forfeiture action to all known third parties who may have an interest in the funds seized from Wachovia Bank account number 1000346974365. No one has filed a claim or petition to the funds seized from Wachovia Bank account number 1000346974365 held in the name of Jared Robert Wheat, and the deadline for doing so has expired.

The Court having found that the Defendant Jared Robert Wheat has an interest in the above-listed asset subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. Final forfeiture judgment against the following property is hereby entered pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c):

---

[1] The funds in the bank accounts listed in the Consent Order Clarifying the Consent Preliminary Order of Forfeiture, which are currently located in Panama, are not part of this Order and will be dealt with at a later date.

A. $1,000,000.00 of the funds seized from Wachovia Bank account number 1000346974365 held in the name of Jared Robert Wheat.

2. All right, title and interest in the above-listed property is hereby condemned, forfeited and vested in the United States and shall be disposed of according to law.

3. This case shall remain open pending resolution of the third party claims filed against the remaining assets.

4. The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

SO ORDERED this 9th day of March, 2010.

_____
JACK T. CAMP
UNITED STATES DISTRICT JUDGE


Presented by:

/s/ Michael John Brown
Michael John Brown
Assistant United States Attorney
Georgia Bar No. 064437